Jean A.R. ADAMS–SOW,
Plaintiff–Appellant,

v.

The MEDICAL COLLEGE OF HAMP-
TON ROADS/EASTERN VIRGINIA
MEDICAL SCHOOL; Doug Kleeman,
Doctor, Defendants–Appellees,

and

Ohio State University College of Medi-
cine; Benjamin P. Eng, Doctor; Ju-
dith A. Westman, Doctor; Edwin L.
Burke, Doctor; Terence C. Davies,
Doctor; Nicola Davies, Doctor; Thom-
as R. Grant, Jr., Doctor; Doctor Pro-
pert, Director, Defendants.

No. 01–1901.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 28, 2002.

D. Hayden Fisher, Schaffer & Cabell,
P.C., Richmond, Virginia, for Appellant.
David E. Constine, III, Kimberly W. Dan-
iel, Troutman, Sanders, Mays & Valentine,
L.L.P., Richmond, Virginia, for Appellees.

Before WILKINS, WILLIAMS, and
MICHAEL, Circuit Judges.

PER CURIAM.

Jean A.R. Adams–Sow appeals from the
district court's order granting summary
judgment for Defendants on her claims
under the Federal Wiretap Act provisions
in Title III of the Omnibus Crime Control
and Safe Streets Act of 1968, 18 U.S.C.A.
§§ 2510–2522 (West 2000). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *Adams–Sow v. The
Medical College of Hampton Roads/East-
ern Virginia Med. Sch.*, No. CA–00–81–2
(E.D. Va. June 11, 2001). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*